**Order filed October 27, 2020**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00557-CV
_____

### ASHTON B. YOUBOTY, Appellant

### V.

### JOHN S. YOUBOTY, SR. AND MUSU JONES, Appellees

**On Appeal from the 270th District Court
Harris County, Texas
Trial Court Cause No. 2019-74423**

## ORDER

John S. Youboty, Sr. and Musu Jones filed a notice of appeal on August 19, 2020. To date, those parties have not paid the filing fee of $205.00.[1] No evidence that those parties are excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5.

---

[1] Ashton B. Youboty filed a notice of appeal on August 7, 2020, and paid his filing fee on August 12, 2020.

1

On September 29, 2020, we ordered John S. Youboty, Sr. and Musu Jones to pay the filing fee in the amount of $205.00 to the clerk of this court on or before October 9, 2020, or their appeal would be dismissed. *See* Tex. R. App. P. 5. Their filing fee has not been paid.

The appeal by John S. Youboty, Sr. and Musu Jones is dismissed. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant failed to comply with notice from clerk requiring response or other action within specified time).

The appeal of Ashton B. Youboty remains pending.

PER CURIAM

Panel consists of Justices Christopher, Jewell, and Zimmerer.